IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS SCOTT WERLING,

    Petitioner,

v.

MILWAUKEE COUNTY SHERIFF
AND ROCK COUNTY SHERIFF,

    Respondents.

ORDER

Case No. 23-cv-317-jdp

Petitioner Nicholas Scott Werling seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 5, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 15, 2022 through the date of the petition, May 15, 2023.

ORDER

IT IS ORDERED that:

1. Petitioner Nicholas Scott Werling may have until June 5, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 5, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 15th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge